UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENT A. DUVAL, JR.,

    Plaintiff,

v.

                                   Case No: 8:25-cv-00211-MSS-LSG

EXPERIAN,

    Defendant.

_____

**ORDER**

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Proceed In Forma Pauperis, (Dkt. 2). On May 30, 2025, United States Magistrate Judge Lindsay S. Griffin issued a Report and Recommendation, recommending: (i) denial of Plaintiff's Motion to Proceed In Forma Pauperis, (Dkt. 2); (ii) dismissal without prejudice of Plaintiff's Complaint, (Dkt. 1); and (iii) termination of any pending motions and closing of the case. (Dkt. 4) The time to file written objections to the Report and Recommendation's factual findings and legal conclusions has passed, and Plaintiff has not filed any written objections.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall

make a *de novo* determination of those portions of the report or specified proposed

findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C).

This requires that the district judge "give fresh consideration to those issues to which

specific objection has been made by a party." <u>Jeffrey S. v. State Bd. of Educ.</u>, 896 F.2d

507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence

of specific objections, there is no requirement that a district judge review factual

findings *de novo,* <u>Garvey v. Vaughn,</u> 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the

court may accept, reject, or modify, in whole or in part, the findings and

recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal

conclusions *de novo,* even in the absence of an objection. <u>See</u> <u>Cooper-Houston v.</u>

<u>Southern Ry.,</u> 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with

an independent examination of the file, the Court is of the opinion that the Report and

Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 4), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiff's Motion to Proceed In Forma Pauperis, (Dkt. 2), is **DENIED**.

3. Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE.**

4.      The Clerk is **DIRECTED** to **TERMINATE** any pending motions and

**CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of July 2025.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person